## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

BRADLEY L. LOWE )
Lieutenant Colonel, United States Marine Corps )
4703 Harmony Place )
Dumfries, VA 22025 )
 )
      *Plaintiff*, )
 ) Civil Action No.
  v. )
 )
DONALD C. WINTER )
Secretary of the Navy )
1200 Navy Pentagon )
Washington, DC 20350-1200 )
 )
      *Defendant*. )
_____)

## COMPLAINT

1) This action, brought under 5 U.S.C. § 552a(b), "the Privacy Act," seeks damages for the unlawful disclosure of record information contained in a Privacy Act system of records to the Marine Corps Times, a private corporation.

### JURISDICTION, VENUE, AND PARTIES

2) This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552a(g)(5). Venue is proper in this Court pursuant to 5 U.S.C. § 552a(g)(5). Venue is proper in this Court because Defendant resides in the District of Columbia.

3) Plaintiff, Lieutenant Colonel Bradley L. Lowe, serves on active duty in the United States Marine Corps. He resides at the address provided in the caption above.

4) Plaintiff is assigned the Office of the Inspector General, Department of the Navy, Washington, D.C..

5) Defendant, the Secretary of the Department of the Navy, maintains records pertaining

to Plaintiff in a form retrievable by Plaintiff's name, Social Security Number, and other identifying information, and has possession and control over the records at issue in this complaint. Defendant resides at the address provided in the caption above.

## STATUTE OF LIMITATIONS

6) Under the Privacy Act, suit must be brought within two years of the date on which the action arises. 5 U.S.C. § 552a(g)(5). The disclosure in this case took place on October 18, 2004. The action therefore is timely.

## STATEMENT OF FACTS

7) On November 20, 2003, Plaintiff assumed command of Helicopter Marine Light Attack 367 (HMLA 367), 3rd Marine Aircraft Wing (3dMAW), I Marine Expeditionary Force (I MEF), Camp Pendleton, CA.

8) On August 18, 2004, Plaintiff's squadron deployed for Operation Iraqi Freedom II.

9) On October 2, 2004, Plaintiff was relieved from his command due to aircraft mishaps under his command.

10) On October 18, 2004, the Marine Corps Times published on its front page a story titled, "Sacked in Iraq." The story featured Plaintiff's photograph on the front page.

11) The October 18, 2004 Marine Corps Times story cited its reliance on "official records."

12) The Marine Corps Times did not file a request for the disclosure of Plaintiff's Privacy Act protected information under the Freedom of Information Act.

13) Defendant did not request Plaintiff's permission before disclosing the information.

14) Plaintiff suffered emotional distress as a result of Defendant's unlawful disclosure of the information.

15) Plaintiff suffered injury to his personal and professional reputations as a result of Defendant's unlawful disclosure of the information.

## CLAIM

### Violation of 5 U.S.C. § 552a(b)

16) 5 U.S.C. § 552a(b) provides as follows: "Conditions of disclosure. No agency shall disclose any record which is contained in a system of records by any means of communication to any person, or to another agency, except pursuant to a written request by, or with the prior written consent of, the individual to whom the record pertains…."

17) 5 U.S.C. § 552a(b)(1)–(12) provide exceptions to the rule in 5 U.S.C. § 552a(b).

18) None of those exceptions are applicable in this case.

19) The Department of the Navy maintained records in a system of records within the meaning of the Privacy Act regarding Plaintiff's relief from command and the circumstances surrounding his relief.

20) Agents of the Department of the Navy, acting for the Defendant, knowingly, intentionally, and willfully disseminated specific information pertaining to Plaintiff and protected by the Privacy Act to the Marine Corps Times, a private entity.

21) The intentional and unlawful dissemination of this information caused Plaintiff pecuniary loss and physical and mental suffering.

22) Defendant is liable to Plaintiff for the unlawful and intentional disclosure, as provided for under the Privacy Act.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that judgment be entered:

(a) awarding him monetary damages for the unlawful release of his records which caused him injury;

(b) awarding reasonable attorney's fees and costs of this action in accordance with the Privacy Act, U.S.C. § 552a(g)(2)(B); and

(c) such other and further relief as may, in the circumstances, be just and proper.

Respectfully submitted,

David P. Sheldon (D.C. Bar # 446039)
The Law Offices of David P. Sheldon, PLLC
512 8th Street, S.E.
Washington, DC 20003
Tel: 202-546-9575
Fax: 202-546-0135

Raymond J. Toney (NY0066)
The Law Office of Raymond J. Toney
34-16 30th Avenue, Third Floor
Astoria, NY 11103
Tel: 718-726-3656
Fax: 718-504-4735

*Attorneys for Plaintiff*

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

## I (a) PLAINTIFFS

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**
**(EXCEPT IN U.S. PLAINTIFF CASES)**

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

## DEFENDANTS

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
**(IN U.S. PLAINTIFF CASES ONLY)**
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- 1  U.S. Government Plaintiff
- 2  U.S. Government Defendant
- 3  Federal Question (U.S. Government Not a Party)
- 4  Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | 1 | 1 | Incorporated or Principal Place of Business in This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business in Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### A. *Antitrust*

**410 Antitrust**

### B. *Personal Injury/Malpractice*

- **310** Airplane
- **315** Airplane Product Liability
- **320** Assault, Libel & Slander
- **330** Federal Employers Liability
- **340** Marine
- **345** Marine Product Liability
- **350** Motor Vehicle
- **355** Motor Vehicle Product Liability
- **360** Other Personal Injury
- **362** Medical Malpractice
- **365** Product Liability
- **368** Asbestos Product Liability

### C. *Administrative Agency Review*

**151 Medicare Act**

**Social Security:**
- **861** HIA ((1395ff)
- **862** Black Lung (923)
- **863** DIWC/DIWW (405(g)
- **864** SSID Title XVI
- **865** RSI (405(g)

**Other Statutes**
- **891** Agricultural Acts
- **892** Economic Stabilization Act
- **893** Environmental Matters
- **894** Energy Allocation Act
- **890** Other Statutory Actions (If Administrative Agency is Involved)

### D. *Temporary Restraining Order/Preliminary Injunction*

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### E. *General Civil (Other)* OR F. *Pro Se General Civil*

**Real Property**
- **210** Land Condemnation
- **220** Foreclosure
- **230** Rent, Lease & Ejectment
- **240** Torts to Land
- **245** Tort Product Liability
- **290** All Other Real Property

**Personal Property**
- **370** Other Fraud
- **371** Truth in Lending
- **380** Other Personal Property Damage
- **385** Property Damage Product Liability

**Bankruptcy**
- **422** Appeal 28 USC 158
- **423** Withdrawal 28 USC 157

**Prisoner Petitions**
- **535** Death Penalty
- **540** Mandamus & Other
- **550** Civil Rights
- **555** Prison Condition

**Property Rights**
- **820** Copyrights
- **830** Patent
- **840** Trademark

**Federal Tax Suits**
- **870** Taxes (US plaintiff or defendant
- **871** IRS-Third Party 26 USC  7609

**Forfeiture/Penalty**
- **610** Agriculture
- **620** Other Food &Drug
- **625** Drug Related Seizure of Property 21 USC 881
- **630** Liquor Laws
- **640** RR & Truck
- **650** Airline Regs
- **660** Occupational Safety/Health
- **690** Other

**Other Statutes**
- **400** State Reapportionment
- **430** Banks & Banking
- **450** Commerce/ICC Rates/etc.
- **460** Deportation

- **470** Racketeer Influenced & Corrupt Organizations
- **480** Consumer Credit
- **490** Cable/Satellite TV
- **810** Selective Service
- **850** Securities/Commodities/ Exchange
- **875** Customer Challenge 12 USC 3410
- **900** Appeal of fee determination under equal access to Justice
- **950** Constitutionality of State Statutes
- **890** Other Statutory Actions (if not administrative agency review or Privacy Act

| G. *Habeas Corpus/ 2255*                                   | H. *Employment Discrimination*                                                                                                              | I. *FOIA/PRIVACY ACT*                                                              | J. *Student Loan*                                         |
|---|---|---|---|
| 530 Habeas Corpus-General<br>510 Motion/Vacate Sentence    | 442 Civil Rights-Employment<br>(criteria: race, gender/sex,<br>national origin,<br>discrimination, disability<br>age, religion, retaliation)<br><br>*(If pro se, select this deck)* | 895 Freedom of Information Act<br>890 Other Statutory Actions<br>(if Privacy Act)<br><br>*(If pro se, select this deck)* | 152 Recovery of Defaulted<br>Student Loans<br>(excluding veterans) |

| K. *Labor/ERISA (non-employment)* | L. *Other Civil Rights (non-employment)* | M. *Contract* | N. *Three-Judge Court* |
|---|---|---|---|
| 710 Fair Labor Standards Act<br>720 Labor/Mgmt. Relations<br>730 Labor/Mgmt. Reporting &<br>   Disclosure Act<br>740 Labor Railway Act<br>790 Other Labor Litigation<br>791 Empl. Ret. Inc. Security Act | 441 Voting (if not Voting Rights<br>   Act)<br>443 Housing/Accommodations<br>444 Welfare<br>440 Other Civil Rights<br>445 American w/Disabilities-<br>   Employment<br>446 Americans w/Disabilities-<br>   Other | 110 Insurance<br>120 Marine<br>130 Miller Act<br>140 Negotiable Instrument<br>150 Recovery of Overpayment &<br>   Enforcement of Judgment<br>153 Recovery of Overpayment of<br>   Veteran's Benefits<br>160 Stockholder's Suits<br>190 Other Contracts<br>195 Contract Product Liability<br>196 Franchise | 441 Civil Rights-Voting<br>(if Voting Rights Act) |

## V. ORIGIN

1 Original Proceeding  2 Removed from State Court  3 Remanded from Appellate Court  4 Reinstated or Reopened  5 Transferred from another district (specify)  6 Multi district Litigation  7 Appeal to District Judge from Mag. Judge

---

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

---

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23   **DEMAND $**   **JURY DEMAND:**   Check YES only if demanded in complaint   YES   NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   **YES**   **NO**   If yes, please complete related case form.

**DATE**   **SIGNATURE OF ATTORNEY OF RECORD**

---

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The **JS-44** civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

   I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

   III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section **II**.

   IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

   VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

   VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.