UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRADLEY L. LOWE,           )<br>                             )<br>         Plaintiff,          )<br>                             )     No. 1:06CV01803 (ESH)<br>    v.                       )     ECF<br>                             )<br>DONALD C. WINTER,            )<br>  SECRETARY OF THE NAVY,     )<br>                             )<br>         Defendant.          )<br> | |

**DEFENDANT'S MOTION TO EXTEND TIME
TO ANSWER OR OTHERWISE RESPOND
TO THE COMPLAINT**

This is a Privacy Act case brought against the Secretary of the Navy for the alleged wrongful disclosure of personnel records to the press. Plaintiff is a U.S. Marine who claims that a story published about him in the <u>Marine Corps Times</u> called "Sacked in Iraq" was derogatory and caused him to suffer emotional distress. The United States Attorney was served with a copy of the complaint on October 20, 2006. The Secretary of the Navy, Donald C. Winter, was served on either the 24th or the 30th of October. Undersigned counsel lacks sufficient information at this time to know when and if the Attorney General was served. An answer is due 60 days after service of the summons and the complaint.

Defendant, through agency counsel, is currently investigating the allegations in the lawsuit. At this time, undersigned counsel does not have sufficient information to respond to the allegations in the complaint. Defendant needs additional time in which to

1

investigate the allegations in the complaint and conduct research into its defenses to the action. Defendant requests 45 days in which to answer or otherwise respond to the complaint. This amount of time is requested, in part, to accommodate absences of government personnel during the holiday season which hinder efforts to gather information.

WHEREFORE, defendant moves for an extension of time, until and including, February 2, 2007, in which to answer or otherwise respond to the complaint.

### CERTIFICATE PURSUANT TO LCvR 7(m)

Undersigned counsel sought the consent of opposing counsel to this motion by leaving messages at his office on December 18-19, 2006. Opposing counsel returned the call on December 19 and left a message to call but did not reveal whether or not he consented to the motion.

Respectfully submitted,

\_\_/s/_____
JEFFREY A. TAYLOR
D.C. Bar No. 498610
United States Attorney


\_\_/s/_____
RUDOLPH CONTRERAS
D.C. Bar No. 434122
Assistant United States Attorney

\_\_/s/_____
CHARLOTTE A. ABEL
D.C. Bar No. 388582
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
(202) 307-2332

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
BRADLEY L. LOWE,                    )
                                    )
                                    )
        Plaintiff,                  )
                                    )   No. 1:06CV01803 (ESH)
    v.                              )   ECF
                                    )
DONALD C. WINTER,                   )
SECRETARY OF THE NAVY,              )
                                    )
        Defendant.                  )
_____ )

ORDER

UPON CONSIDERATION of federal defendant's Motion to Extend Time to Answer or Otherwise Respond to the Complaint, and for good cause shown,

it is this _____ day of _____, 2006,

ORDERED, that federal defendant's motion should be, and it hereby is, granted.

IT IS FURTHER ORDERED, that the defendant shall have up to and including February 2, 2007, to file an Answer or otherwise respond to the Complaint.


_____
UNITED STATES DISTRICT JUDGE