UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRADLEY L. LOWE )<br>)<br>)<br>    *Plaintiff*, )<br>)<br>v. )<br>)<br>DONALD C. WINTER )<br>Secretary of the Navy) )<br>)<br>    *Defendant*. )<br>_____) | Civil Action No. 1:06-cv-01803-ESH |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME
IN WHICH TO RESPOND TO DEFENDANT'S MOTION TO DISMISS
OR FOR SUMMARY JUDGMENT**

    Plaintiff, Bradley L. Lowe, respectfully submits this motion for a 30 day enlargement of time in which to file a response to Defendant's motion to dismiss or, alternatively, for summary judgment. Plaintiff so moves the Court for the following reasons: (1) Plaintiff's attorneys have heavy federal and military court dockets during the currently established period for responding to Defendant; (2) Plaintiff intends to file a motion under Fed. R. Civ. P. 56(f) moving the Court to postpone a summary judgment ruling pending discovery in this matter.

    Plaintiff consulted with counsel for Defendant, Ms. Charlotte A. Abel, who kindly agreed to not oppose this motion. This is Plaintiff's first motion for an enlargement of time, and he foresees no need for subsequent enlargement requests.

    Plaintiff's response to Defendant's dispositive motion currently is due on or before February 16, 2007. If the Court grants this motion, Plaintiff's response will be due on or before March 19, 2007. A proposed order granting Plaintiff's motion is attached for the Court's convenience.

Respectfully submitted,

/s/

Raymond J. Toney (NY0066)
The Law Office of Raymond J. Toney
404 Park Avenue South, 14th Floor
New York, NY 10016
Tel: 212-686-3434, ext. 206
Fax: 718-504-4735

David P. Sheldon (D.C. Bar # 446039)
The Law Offices of David P. Sheldon, PLLC
512 8th Street, S.E.
Washington, DC 20003
Tel: 202-546-9575
Fax: 202-546-0135

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRADLEY L. LOWE )<br>)<br>    *Plaintiff*, )<br>)<br>v. )<br>)<br>DONALD C. WINTER )<br>Secretary of the Navy) )<br>)<br>    *Defendant*. )<br>_____) | Civil Action No. 1:06-cv-01803-ESH |

## **ORDER**

Upon consideration of Plaintiff's unopposed motion for an enlargement of time in which to respond to Defendant's motion to dismiss or, alternatively, for summary judgment, and the Court having considered the entire record herein,

it is, this \_\_\_\_ day of _____, 2007,

    ORDERED that Plaintiff's motion is granted, and it is

    FURTHER ORDERED that Plaintiff's response shall be due by March 19, 2007.

SO ORDERED.

_____
United States District Judge