UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| BRADLEY L. LOWE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:06CV01803 (ESH) |
| v. | ) | ECF |
| | ) | |
| DONALD C. WINTER, | ) | |
| SECRETARY OF THE NAVY, | ) | |
| | ) | |
| Defendant. | ) | |

**CONSENT MOTION TO EXTEND TIME
TO FILE A REPLY**

    This is a Privacy Act case brought against the Secretary of the Navy for the alleged wrongful disclosure of personnel records to the press. Plaintiff is a U.S. Marine who claims that a story published about him in the Marine Corps Times called "Sacked in Iraq" was derogatory and caused him to suffer emotional distress. The defendant moved to dismiss and the plaintiff responded by filing an opposition and motion to continue summary judgment pursuant to Rule 56(f). Plaintiff's responses were filed on March 15, 2007 and March 19, 2007 respectively. Defendant's reply to the opposition is due on March 26, 2007 and defendant's response to the motion to continue is due on April 2, 2007.

    Undersigned counsel has learned that agency counsel is unavailable to assist with defendant's responsive filings until after April 2. In addition, defendant would like the opportunity to fully consider both documents filed by plaintiff before filing a response to

1

either document. Accordingly, defendant moves for an extension of time in which to file a coordinated response to plaintiff's two filings.

WHEREFORE, defendant moves for an extension of time, until and including, April 4, 2007, in which to respond to plaintiff's opposition and motion.

**CERTIFICATE PURSUANT TO LCvR 7(m)**

Plaintiff's counsel consents to this motion.

Respectfully submitted,

\_\_/s/_____
JEFFREY A. TAYLOR
D.C. Bar No. 498610
United States Attorney


\_\_/s/_____
CHARLOTTE A. ABEL
D.C. Bar No. 388582
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
(202) 307-2332

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                       )
BRADLEY L. LOWE,                       )
                                       )
                                       )
        Plaintiff,                     )
                                       )   No. 1:06CV01803 (ESH)
    v.                                 )   ECF
                                       )
DONALD C. WINTER,                      )
SECRETARY OF THE NAVY,                 )
                                       )
        Defendant.                     )
_____)

ORDER

UPON CONSIDERATION of federal defendant's Motion to Extend Time to File a Reply and an Opposition, and for good cause shown,

it is this _____ day of _____, 2007,

ORDERED, that federal defendant's motion should be, and it hereby is, granted.

IT IS FURTHER ORDERED, that the defendant shall have up to and including April 4, 2007, to file a Reply to Plaintiff's Opposition to Motion to Dismiss and to file an Opposition to Plaintiff's Motion to Continue Summary Judgment.

_____
UNITED STATES DISTRICT JUDGE