UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
BRADLEY L. LOWE,                                    )
                                                    )
                                                    )
            Plaintiff,                              )
                                                    )   No. 1:06CV01803 (ESH)
      v.                                            )   ECF
                                                    )
DONALD C. WINTER,                                   )
   SECRETARY OF THE NAVY,                           )
                                                    )
            Defendant.                              )
_____            )

**CONSENT MOTION TO EXTEND TIME
TO OPPOSE PLAINTIFF'S RULE 56(f) MOTION
AND TO REPLY TO PLAINTIFF'S OPPOSITION
TO MOTION TO DISMISS**

This is a Privacy Act case brought against the Secretary of the Navy for the alleged wrongful disclosure of personnel records to the press. Plaintiff is a U.S. Marine who claims that a story published about him in the <u>Marine Corps Times</u> called "Sacked in Iraq" was derogatory and caused him to suffer emotional distress. The defendant filed a motion to dismiss, or in the alternative, for summary judgment. Plaintiff responded by filing a motion to continue summary judgment pursuant to Rule 56(f) stating that he is entitled to discovery. He speculates that "it is virtually inconceivable that no records exist" pertaining the <u>Marine Corps Times</u> article. Plaintiff also filed an opposition to defendant's motion to dismiss for lack of subject matter jurisdiction arguing that the two-year statute of limitations was tolled due to plaintiff's active military service. Defendant is currently considering the merits of this argument.

Defendant anticipates that it will oppose plaintiff's Rule 56(f) motion arguing that no disputes of fact exist, that plaintiff has no need of discovery, and that the case can be dismissed as a matter of law. Defendant plans to obtain declarations which describe the search for documents and the contents, or lack thereof, of any record. Defendant also needs additional time in order to consider the merits of plaintiff's argument that the statute of limitations was tolled. Accordingly, defendant moves for an extension of time in which to gather the documentary evidence necessary to oppose plaintiff's motion and to reply to plaintiff's argument that the statute of limitations was tolled.

WHEREFORE, defendant moves for an extension of time, until and including, April 30, 2007, in which to oppose plaintiff's Rule 56(f) motion and to reply to plaintiff's opposition to motion to dismiss for lack of subject matter jurisdiction. Defense counsel estimates, based on a realistic assessment of her calendar, that she needs this much time to obtain the declarations and to finish her analysis in light of other court commitments, including a trial that is scheduled to begin on April 16, 2007.

### CERTIFICATE PURSUANT TO LCvR 7(m)

Plaintiff's counsel consents to this motion.

Respectfully submitted,

\_\_/s/_____
JEFFREY A. TAYLOR
D.C. Bar No. 498610
United States Attorney

\_\_/s/_____
CHARLOTTE A. ABEL
D.C. Bar No. 388582
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
(202) 307-2332

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
BRADLEY L. LOWE,                    )
                                    )
                                    )
        Plaintiff,                  )
                                    )   No. 1:06CV01803 (ESH)
    v.                              )   ECF
                                    )
DONALD C. WINTER,                   )
SECRETARY OF THE NAVY,              )
                                    )
        Defendant.                  )
_____ )

ORDER

UPON CONSIDERATION of federal defendant's Motion to Extend Time to File an Opposition to Plaintiff's Rule 56(f) Motion, and for good cause shown,

it is this _____ day of _____, 2007,

ORDERED, that federal defendant's motion should be, and it hereby is, granted.

IT IS FURTHER ORDERED, that the defendant shall have up to and including April 30, 2007, to file an Opposition to Plaintiff's Rule 56(f) Motion.

_____
UNITED STATES DISTRICT JUDGE