UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRADLEY L. LOWE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 1:06CV01803 (ESH) |
| v. | ) ECF |
| | ) |
| DONALD C. WINTER, | ) |
|   SECRETARY OF THE NAVY, | ) |
| | ) |
| Defendant. | ) |

**MOTION TO EXTEND TIME
TO OPPOSE PLAINTIFF'S RULE 56(f) MOTION
AND TO REPLY TO PLAINTIFF'S OPPOSITION
TO MOTION TO DISMISS**

    This is a Privacy Act case brought against the Secretary of the Navy for the alleged wrongful disclosure of personnel records to the press. Plaintiff is a U.S. Marine who claims that a story published about him in the <u>Marine Corps Times</u> called "Sacked in Iraq" was derogatory and caused him to suffer emotional distress. The defendant filed a motion to dismiss, or in the alternative, for summary judgment. Plaintiff responded by filing a motion to continue summary judgment pursuant to Rule 56(f) stating that he is entitled to discovery. He speculates that "it is virtually inconceivable that no records exist" pertaining to the <u>Marine Corps Times</u> article. Plaintiff also filed an opposition to defendant's motion to dismiss for lack of subject matter jurisdiction arguing that the two-year statute of limitations was tolled due to plaintiff's active military service. Defendant is currently considering the merits of this argument.

1

Defendant anticipates that it will oppose plaintiff's Rule 56(f) motion arguing that no disputes of fact exist, that plaintiff has no need of discovery, and that the case can be dismissed as a matter of law. Defendant plans to obtain declarations which describe the search for documents and the contents, or lack thereof, of any record. Defendant also needs additional time in order to consider the merits of plaintiff's argument that the statute of limitations was tolled. The ground for this motion is that undersigned counsel was in trial from April 16-26 and was unavailable to draft the reply during that time. Accordingly, defendant moves for an extension of time in which to gather the documentary evidence necessary to oppose plaintiff's motion and to reply to plaintiff's argument that the statute of limitations was tolled.

WHEREFORE, defendant moves for an extension of time, until and including, May 8, 2007, in which to oppose plaintiff's Rule 56(f) motion and to reply to plaintiff's opposition to motion to dismiss for lack of subject matter jurisdiction.

**CERTIFICATE PURSUANT TO LCvR 7(m)**

Defense counsel sought consents to this motion via e-mail but there had been no response at the time of the filing of this motion.

Respectfully submitted,

\_\_\_/s/_____
JEFFREY A. TAYLOR
D.C. Bar No. 498610
United States Attorney

\_\_\_/s/_____
RUDOLPH CONTRERAS
D.C. Bar No. 434122
Assistant United States Attorney

       \_\_\_/s/_____
CHARLOTTE A. ABEL
D.C. Bar No. 388582
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
(202) 307-2332

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRADLEY L. LOWE, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:06CV01803 (ESH) <br> ) ECF |
| DONALD C. WINTER, <br> SECRETARY OF THE NAVY, | ) |
| Defendant. | ) |

ORDER

UPON CONSIDERATION of federal defendant's Motion to Extend Time to File an Opposition to Plaintiff's Rule 56(f) Motion, and for good cause shown,

it is this _____ day of _____, 2007,

ORDERED, that federal defendant's motion should be, and it hereby is, granted.

IT IS FURTHER ORDERED, that the defendant shall have up to and including May 8, 2007, to file an Opposition to Plaintiff's Rule 56(f) Motion.

_____
UNITED STATES DISTRICT JUDGE