UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| BRADLEY L. LOWE       * <br>    Plaintiff <br>                                                * <br> v.                                           * <br>                                                * <br> GORDON R. ENGLAND    * <br> Secretary of the Navy <br> Department of the Navy     * <br>    Defendant | CIVIL ACTION <br><br> NO.: 1:06-cv-01803-ESH |

\* \* \*

**REPLY TO PLAINTIFF'S OPPOSITION**
**TO MOTION TO DISMISS**

Plaintiff, Bradley L. Lowe, on active duty in the United States Marine Corps, filed this action seeking monetary damages and attorney's fees against the Department of the Navy ("Navy") under 5 U.S.C. § 552a, the Privacy Act. In his complaint, plaintiff alleges that the Navy maintained records in a system of records within the meaning of the Privacy Act regarding plaintiff's relief from command of a helicopter unit and the circumstances surrounding his relief. Complaint ¶19. He further alleges that the Navy unlawfully released that information pertaining to plaintiff and protected by the Privacy Act to the Marine Corps Times, a private entity. Complaint ¶20. As a result of this alleged unauthorized disclosure, plaintiff asserts that he suffered injury to his personal and professional reputations and claims monetary damages in an unspecified amount. Complaint ¶14, Prayer for Relief ¶(a).

Defendant moved to dismiss this action on the grounds that the Court lacks subject matter jurisdiction to hear plaintiff's claim under the Privacy Act because the two-year

1

statute of limitations expired before plaintiff's complaint was filed. Plaintiff opposed defendant's motion to dismiss arguing that the statute of limitations was tolled during plaintiff's military service pursuant to the Servicemembers' Civil Relief Act of 2003. Plaintiff also moved separately for a continuance of summary judgment pursuant to Rule 56(f) of the Federal Rules of Civil Procedure.

Defendant opposes plaintiff's motion pursuant to Rule 56(f) for reasons stated in its Opposition filed contemporaneously with this Reply. However, defendant withdraws its argument that the Court lacks subject matter jurisdiction based upon plaintiff's assertion that the statute of limitations was tolled due to plaintiff's military service during the relevant time period.

Respectfully submitted,

___/s/_____
JEFFREY A. TAYLOR
D.C. Bar No. 498610
United States Attorney

___/s/_____
RUDOLPH CONTRERAS
D.C. Bar No. 434122
Assistant United States Attorney

__/s/_____
CHARLOTTE A. ABEL
D.C. Bar No. 388582
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
(202) 307-2332

Of Counsel:
LCDR Heidi K. Hupp, JAGC, USN
General Litigation Division
Office of the Judge Advocate General
1322 Patterson Avenue Suite 3000
Washington Navy Yard D.C. 20374-5066