UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRADLEY L. LOWE )<br>)<br>)<br>   *Plaintiff*, )<br>)<br>v. )<br>)<br>DONALD C. WINTER )<br>Secretary of the Navy) )<br>)<br>   *Defendant*. )<br>_____) | Civil Action No. 1:06-cv-01803-ESH |

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME IN WHICH
TO RESPOND TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S
MOTION TO CONTINUE SUMMARY JUDGMENT UNDER RULE 56(F)**

    Plaintiff, Bradley L. Lowe, respectfully submits this motion for a 2 day enlargement of time in which to file a response to Defendant's opposition to Plaintiff's motion to continue summary judgment pursuant to Rule 56(f) of the Federal Rules of Civil Procedure.

    Plaintiff consulted with counsel for Defendant, Ms. Charlotte A. Abel, who kindly consented to this motion. This is Plaintiff's second motion for an enlargement of time, and he foresees no need for subsequent enlargement requests. Plaintiff makes this motion due to his unavailability to prepare a declaration in support of his reply and motion for a continuance of summary judgment.

    Plaintiff's response to Defendant's dispositive motion currently is due on or before May 14, 2007. If the Court grants this motion, Plaintiff's response will be due on or before May 16, 2007. A proposed order granting Plaintiff's motion is attached for the Court's convenience.

Respectfully submitted,

/s/

Raymond J. Toney (NY0066)
The Law Office of Raymond J. Toney
404 Park Avenue South, 14th Floor
New York, NY 10016
Tel: 212-686-3434, ext. 206
Fax: 718-504-4735

David P. Sheldon (D.C. Bar # 446039)
The Law Offices of David P. Sheldon, PLLC
512 8th Street, S.E.
Washington, DC 20003
Tel: 202-546-9575
Fax: 202-546-0135

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRADLEY L. LOWE )<br>)<br>    *Plaintiff*, )<br>)<br>v. )<br>)<br>DONALD C. WINTER )<br>Secretary of the Navy) )<br>)<br>    *Defendant*. )<br>_____) | Civil Action No. 1:06-cv-01803-ESH |

**ORDER**

Upon consideration of Plaintiff's consent motion for an enlargement of time in which to respond to Defendant's opposition to Plaintiff's motion to continue summary judgment pursuant to Rule 56(f) of the Federal Rules of Civil Procedure, and the Court having considered the entire record herein,

it is, this ____ day of _____, 2007,

    ORDERED that Plaintiff's motion is granted, and it is

    FURTHER ORDERED that Plaintiff's response shall be due by May 16, 2007.

SO ORDERED.

_____
United States District Judge