# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRADLEY L. LOWE,** )<br>)<br>  **Plaintiff,** )<br>)<br> v. )<br>)<br>**DONALD C. WINTER,** )<br>Secretary of the Navy, )<br>)<br>  **Defendant.** )<br>) | Civil Action No. 06-1803 (ESH) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that plaintiff's motion for continuance of summary judgment [Dkt. #6] is **GRANTED**; and it is

**FURTHER ORDERED** that defendant's motion for summary judgment [Dkt. #3] is **DENIED WITHOUT PREJUDICE**.

**SO ORDERED**.

                                                            /s/
                                              ELLEN SEGAL HUVELLE
                                              United States District Judge

Date: July 12, 2007