UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRADLEY L. LOWE )<br>)<br>)<br>    *Plaintiff*, )<br>)<br>v. )<br>)<br>DONALD C. WINTER )<br>Secretary of the Navy )<br>)<br>    *Defendant*. )<br>_____) | Civil Action No. 1:06-cv-01803-ESH |

## JOINT MOTION TO RESCHEDULE INITIAL SCHEDULING CONFERENCE

Plaintiff, Bradley L. Lowe, and Defendant, Donald C. Winter, through their attorneys, respectfully move the Court for leave to reschedule the Initial Scheduling Conference currently docketed for August 3, 2007, at 11:30am.

The parties make this motion for the following reasons: (1) Counsel for the Defendant has a prior engagement requiring her to travel away from Washington, D.C. on the date of the conference; and (2) Counsel for Plaintiff, Raymond J. Toney, was recently scheduled to undergo surgery on August 2, 2007.

The parties have consulted on this matter and propose a new conference date and time of September 17, 2007, at 11:30am. The parties apologize for any inconvenience to the Court caused by this request.

Respectfully submitted,

/s/

Raymond J. Toney (NY0066)
The Law Office of Raymond J. Toney
404 Park Avenue South, 14th Floor
New York, NY 10016
Tel: 212-686-3434, ext. 206
Fax: 718-504-4735


David P. Sheldon (D.C. Bar # 446039)
The Law Offices of David P. Sheldon, PLLC
512 8th Street, S.E.
Washington, DC 20003
Tel: 202-546-9575
Fax: 202-546-0135

*Attorneys for Plaintiff*



/s/
_____
Charlotte Abel (D.C. Bar No. 388582)
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.
Tel: 202-307-2332

*Attorney for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRADLEY L. LOWE )<br>)<br>    *Plaintiff*, )<br>)<br>v. )<br>)<br>DONALD C. WINTER )<br>Secretary of the Navy )<br>)<br>    *Defendant*. )<br>_____) | Civil Action No. 1:06-cv-01803-ESH |

## **ORDER**

Upon consideration of the parties' joint motion to reschedule the initial scheduling conference, currently docketed for August 3, 2007, and the Court having considered the entire record herein, it is, this ____ day of _____, 2007,

ORDERED that the parties' motion is granted, and it is

FURTHER ORDERED that the Initial Scheduling Conference shall be held on September 17, 2007, at 11:30am.


SO ORDERED.


                                                                                            _____
                                                                                        United States District Judge