UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BRADLEY L. LOWE | ) | |
| | ) | |
| *Plaintiff*, | ) | Civil Action No. 1:06-cv-01803-ESH |
| | ) | |
| v. | ) | |
| | ) | |
| DONALD C. WINTER | ) | |
| Secretary of the Navy | ) | |
| | ) | |
| *Defendant*. | ) | |

**JOINT LCvR 16.3 REPORT**

This is an action brought under the Privacy Act, 5 U.S.C. § 552a, for damages in connection with Defendant's alleged unauthorized dissemination of Privacy Act protected information pertaining to Plaintiff. Pursuant to order of this Court and LCvR 16.3, the parties to this action have conferred and discussed the matters set forth in LCvR 16.3(c). The parties' responses to the required matters of discussion are provided below.

(1) Dispositive Motions:

The parties anticipate filing dispositive motions in this case. Defendant intends to file a motion to dismiss the claim or for summary judgment. Defendant denies that it improperly disclosed information in violation of the Privacy Act. Plaintiff intends to file a cross-motion for summary judgment on the question of Defendant's liability. Dispositive motions shall be filed within 45 days of the close of discovery.

(2) <u>Joinder of Parties/Amendment of Complaint/Narrowing of Issues</u>:

No other parties shall be joined in this action nor is there any anticipation of need to amend the pleadings.  Some of the factual and legal issues can be agreed upon or narrowed.

(3) <u>Magistrate</u>:

The parties do not agree to the assignment of this case to a magistrate judge for all purposes, including trial.

(4) <u>Possibility of Settlement</u>:

The parties have conferred regarding the possibility of settling this case. The prospects of settling the case are currently unknown. Defendant has requested that Plaintiff make a "settlement demand." Counsel for Plaintiff will submit a "settlement demand" after further consultation with Plaintiff. It is expected that Plaintiff shall submit to Defendant a settlement demand by September 14, 2007.

(5) <u>ADR</u>:

The parties continue to confer regarding the possibility of settlement. The parties are amenable to ADR, which would be most appropriate after the Court rules on any dispositive motion(s), and after the conclusion of discovery.

(6) <u>Motions</u>:

The parties agree that this case may be amenable to resolution through dispositive motions.

(7) <u>Initial Disclosures</u>:

The parties agree that initial disclosures required by Rule 26(a)(1), F.R.Civ.P., are necessary shall be made in accordance with the discovery schedule established by the Court.

(8) <u>Discovery</u>:

The parties require discovery in this case. Apart from interrogatories, production requests, and requests for admissions, the parties anticipate the need to conduct no more than five depositions each.

(9) <u>Experts</u>:

The parties do not anticipate any need to modify the requirement of the exchange of expert witness reports and information pursuant to Rule 26(a)(2), F.R.Civ.P. Defendant anticipates the need for an additional 90 days after Plaintiff provides his expert disclosures. Depositions of the experts would occur in the course of normal discovery.

(10) <u>Class Action</u>:

This matter is inapplicable to the present action.

(11) <u>Trial</u>:

The parties do not anticipate the need for a bifurcated trial.

(12) <u>Pretrial Conference</u>:

The parties propose that the pretrial conference be held 45 days after the close of discovery or resolution of any dispositive motions filed after the conclusion of discovery.

(13) <u>Firm Trial Date</u>:

The parties agree that the Court should set a firm trial date at the pretrial conference.

(14) <u>Other Matters</u>:

The parties agree that there are no other matters that may be appropriate for inclusion in a scheduling order.

    Respectfully submitted,

     /s/

    Raymond J. Toney (NY0066)
    The Law Office of Raymond J. Toney
    404 Park Avenue South, 14th Floor
    New York, NY 10016
    Tel: 212-686-3434, ext. 206
    Fax: 718-504-4735

    David P. Sheldon (D.C. Bar # 446039)
    The Law Offices of David P. Sheldon, PLLC
    512 8th Street, S.E.
    Washington, DC 20003
    Tel: 202-546-9575
    Fax: 202-546-0135

    *Counsel for Plaintiff*

     /s/

    Jeffery A. Taylor D.C. Bar # 498610
    United States Attorney

     /s/

    Charlotte Abel (D.C. Bar No. 388582)
    Assistant United States Attorney
    555 Fourth Street, N.W.
    Washington, D.C.
    Tel: 202-307-2332

    *Counsel for Defendant*