UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BRADLEY L. LOWE, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-1803 (ESH) |
| DONALD C. WINTER,<br>Secretary of the Navy, | ) |
| Defendant. | ) |

**MEDIATION REFERRAL ORDER**

With the consent of the parties on September 10, 2007, it is hereby **ORDERED** that

1. This matter is referred for mediation to commence as of September 20, 2007.

2. The Clerk of the Court shall promptly furnish a copy of this order to the Circuit Executive who shall promptly assign a mediator.

3. Mediation efforts shall conclude after 45 days.

4. If the case settles in whole or in part, plaintiff's counsel shall immediately advise the Court of the settlement by filing a stipulation.

**SO ORDERED.**

/s/
ELLEN SEGAL HUVELLE
United States District Judge

DATE: September 10, 2007