IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRADLEY L. LOWE )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DONALD C. WINTER, )<br>SECRETARY, )<br>DEPARTMENT OF THE NAVY, )<br>)<br>Defendant. )<br>) | Civil Action No. 1:06CV01803 (ESH) |

**ANSWER**

Defendant, by and through its counsel, hereby answers the Plaintiff's complaint.

1. This is plaintiff's characterization of this action and description of the relief requested, to which no response is required. To the extent that a response is deemed required, defendant denies that plaintiff is entitled to the relief requested.

2. Admit that the Court has jurisdiction over the subject matter and that venue is proper.

3. Admit.

4. Admit.

5. Admit that defendant maintains records pertaining to the plaintiff that are retrievable by his personal identifier. However, defendant denies that any of these records are at issue in this complaint.

6. This constitutes a legal conclusion to which no response is required.

7. Admit.

8. Admit.

9. Admit.

10. Admit that the Marine Corps Times published this story. Defendant lacks sufficient

information to admit or deny whether Plaintiff's photograph was on the front page.

11.  Admit that the Marine Corps Time story cited to "official records."

12.  Defendant admits that it has found no record of a request made by the Marine Corps Times pursuant to the Freedom of Information Act.

13.  Defendant lacks sufficient information whether it sought Plaintiff's permission prior to providing information to the Marine Corps Times.

14.  Defendant lacks sufficient information to admit or deny that Plaintiff suffered from emotional distress, and therefore, denies. Also, Defendant denies that there was an unlawful disclosure.

15.  Defendant lacks sufficient information to admit or deny that Plaintiff suffered injury to his personal and professional reputations, and therefore, denies. Also, Defendant denies that there was an unlawful disclosure.

16.  This is a citation to the Privacy Act to which no response is required.

17.  This is a citation to the exemptions in the Privacy Act to which no response is required.

18.  This constitutes a legal conclusion to which no response is required. To the extent a response is required, defendant denies.

19.  Defendant admits that a fitness report created after plaintiff was removed for cause contains information pertaining to plaintiff's removal from command and is retrievable under a personal identifier. Defendant denies, however, that this record was the source of information provided to the Marine Corps Times.

20.  This constitutes a legal conclusions to which no response is required. To the extent a response is required, defendant denies.

21.  Deny.

22.  Deny.

The final, unnumbered paragraph of the Complaint contains a prayer for relief to which no response is required. To the extent that a response is required, defendant denies the allegations of this paragraph, and defendant further denies plaintiff's entitlement to the stated relief, or to any relief whatsoever.

Except to the extent expressly admitted or qualified in this Answer, defendant denies each and every allegation in the Complaint.

                                                Respectfully submitted,

                                                _/s/_____
                                                JEFFREY A. TAYLOR
                                                D.C. Bar No. 498610
                                                United States Attorney

                                                _/s/_____
                                                RUDOLPH CONTRERAS
                                                D.C. Bar No. 434122
                                                Assistant United States Attorney

                                                _/s/_____
                                                CHARLOTTE A. ABEL
                                                D.C. Bar No. 388582
                                                Assistant United States Attorney
                                                555 Fourth St., N.W.
                                                Washington, D.C. 20530
                                                (202) 307-2332