UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
BRADLEY L. LOWE,                    )
                                    )
                                    )
          Plaintiff,                )
                                    )   No. 1:06CV01803 (ESH)
     v.                             )   ECF
                                    )
DONALD C. WINTER,                   )
  SECRETARY OF THE NAVY,            )
                                    )
          Defendant.                )
_____ )

**MOTION TO EXTEND TIME
TO FILE DISPOSITIVE MOTION**

  This is a Privacy Act case brought against the Secretary of the Navy for the alleged wrongful disclosure of personnel records to the press.  Plaintiff is a U.S. Marine who claims that a story published about him in the <u>Marine Corps Times</u> called "Sacked in Iraq" was derogatory and caused him to suffer emotional distress.  The current posture of the case is that discovery is closed and dispositive motions are due on Feburary 5, 2008.  Plaintiff's opposition is due on March 3, 2008, and defendant's reply is due on March 21, 2008.  Defense counsel moves for leave to extend time to file a dispositive motion up to and including February 12, 2008.  The grounds for the motion are that defense counsel is completing the process of obtaining the necessary affidavits from Navy personnel.  Despite diligent efforts, the defendant anticipates that it will not be able to complete the affidavits in time for filing on February 5, 2008.  Accordingly, defendant

moves for an extension of time of one week in order to finalize its dispositive motion.

WHEREFORE, defendant moves for an extension of time, until and including, February 12, 2008, in which to file a dispositive motion.

### CERTIFICATE PURSUANT TO LCvR 7(m)

Plaintiff's counsel does not consent to this motion.

Respectfully submitted,

\_\_/s/_____
JEFFREY A. TAYLOR
D.C. Bar No. 498610
United States Attorney

\_\_/s/_____
RUDOLPH CONTRERAS
D.C. Bar No. 434122
Assistant United States Attorney

\_\_/s/_____
CHARLOTTE A. ABEL
D.C. Bar No. 388582
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
(202) 307-2332

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRADLEY L. LOWE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 1:06CV01803 (ESH) |
| v. | ) ECF |
| | ) |
| DONALD C. WINTER, | ) |
| SECRETARY OF THE NAVY, | ) |
| | ) |
| Defendant. | ) |

ORDER

UPON CONSIDERATION of federal defendant's Motion to Extend Time to File a Dispositive Motion, and for good cause shown, it is this _____ day of _____, 2008,

ORDERED, that federal defendant's motion should be, and it hereby is, granted.

IT IS FURTHER ORDERED, that the defendant shall have up to and including February 12, 2007, to file a dispositive motion, plaintiff shall have up to and including March 10, 2008, to file an opposition, and defendant shall have up to and including March 28, 2008 to file a reply.

_____
UNITED STATES DISTRICT JUDGE