UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRADLEY L. LOWE     Plaintiff,     v. DONALD C. WINTER Secretary of the Navy Department of the Navy     Defendant. | ) ) ) ) ) ) NO. 1:06-cv-01803-ESH ) ) ) ) ) ) ) |

**MOTION AND MEMORANDUM IN SUPPORT
OF MOTION TO FILE EXHIBITS UNDER SEAL**

Pursuant to the Federal Rules of Civil Procedure and LCvR 5.1(j), defendant, through counsel, respectfully moves this Court to permit defendant to file exhibits F, G, & H to defendant's motion for summary judgment under seal. The grounds for the motion are that disclosure of the information in the public record without a court order may violate the Privacy Act 1974, 5 U.S.C. § 552a (2000).

**CERTIFICATE PURSUANT TO LCvR 7(m)**

Plaintiff's counsel's consent was sought but he has not stated a position.

Respectfully submitted,

  /s/
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

  /s/
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

  /s/
CHARLOTTE BRADLEY, D.C. Bar #388582
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., Room 10-106
Washington, D.C. 20530
(202) 307-2332