UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRADLEY L. LOWE )<br>)<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>DONALD C. WINTER )<br>Secretary of the Navy) )<br>)<br>*Defendant*. )<br>) | Civil Action No. 1:06-cv-01803-ESH |

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff, Bradley L. Lowe, respectfully submits this consent motion for a 30 day enlargement of time in which to file a response to Defendant's motion for summary judgment. Plaintiff so moves the Court for the following reasons: (1) Plaintiff's attorneys have heavy federal and military court dockets during the currently established period for responding to Defendant; and (2) Settlement negotiations presently are underway between the parties.

Counsel for Defendant, Ms. Charlotte A. Abel, consents to this motion. This is Plaintiff's second motion for an enlargement of time, and he foresees no need for subsequent enlargement requests. Plaintiff's response to Defendant's dispositive motion currently is due on or before March 10, 2008. If the Court grants this motion, Plaintiff's response will be due on or before April 9, 2008. Defendant's reply, if any, shall be due on or before April 28, 2008. A proposed order granting Plaintiff's motion is attached for the Court's convenience.

Respectfully submitted,

/s/

Raymond J. Toney (NY0066)
The Law Office of Raymond J. Toney
404 Park Avenue South, 14th Floor
New York, NY 10016
Tel: 212-686-3434, ext. 206
Fax: 718-504-4735

David P. Sheldon (D.C. Bar # 446039)
The Law Offices of David P. Sheldon, PLLC
512 8th Street, S.E.
Washington, DC 20003
Tel: 202-546-9575
Fax: 202-546-0135

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRADLEY L. LOWE )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>DONALD C. WINTER )<br>Secretary of the Navy) )<br>)<br>*Defendant.* )<br>_____) | Civil Action No. 1:06-cv-01803-ESH |

## ORDER

Upon consideration of Plaintiff's consent motion for an enlargement of time in which to respond to Defendant's motion for summary judgment, and the Court having considered the entire record herein,

it is, this ____ day of _____, 2008,

ORDERED that Plaintiff's motion is granted, and it is

FURTHER ORDERED that Plaintiff's response shall be due on or before April 9, 2008; Defendant's Reply, if any, shall be due on or before April 28, 2008.

SO ORDERED.

_____
United States District Judge