UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRADLEY L. LOWE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DONALD C. WINTER )<br>Secretary of the Navy, )<br>)<br>Defendant. )<br>_____ ) | Civ. Action No. 06-1803 (ESH) |

### STIPULATION OF SETTLEMENT AND ORDER OF DISMISSAL

The parties hereby stipulate and agree, as follows:

1. The parties agree to settle and compromise, under the terms delineated below, all of plaintiff's claims, including claims for attorneys' fees and costs of litigation, arising out of the above-captioned suit brought under the FOIA/Privacy Act, (the "FOIA/PA"), 5 U.S.C. sec. 552 & 552a and any and all claims that could have been asserted relating to the alleged violation of the FOIA/Privacy Act that is the subject of the complaint filed in this action.

2. The parties hereby further agree that:

   a. They both participated in drafting this Stipulation of Settlement; and

   b. They enter this Stipulation of Settlement voluntarily, and no representations, inducements, coercion, or promises, excluding the statements contained herein, have been made as a condition of the execution of this Stipulation of Settlement.

3. Defendant shall pay plaintiff the total amount of Five Thousand Dollars ($5,000), in a check drawn on the account of the United States and made payable to plaintiff's counsel, David P. Sheldon, Esq., and Raymond J. Toney, 512 8th St., S.E., Washington, D.C. 20003. Counsel for defendant agrees that, upon notification of the Court's execution of this Stipulation, they will promptly complete and transmit to the Treasury of the United States the documentation necessary to effectuate this payment.

4. This Stipulation of Settlement shall represent full and complete satisfaction of all claims in this FOIA/PA complaint, including but not limited to full and complete satisfaction of all claims for costs and attorneys' fees that have been, or could be, made in this case.

5. By this Stipulation of Settlement, plaintiff waives, releases and abandons any and all claims against the Department of the Navy, its officers, agents or employees, past or present, including claims under any legal theory whatsoever that were asserted, or could have been asserted, regardless of forum, relating to the alleged acts that are the subject of the complaint in this action.

6. This Stipulation of Settlement shall not constitute an admission of fault or liability on the part of the United States, the Department of the Navy, or their agents, servants, or employees with respect to the claims asserted in the complaint, and is entered into by both parties for the sole purpose of compromising disputed claims and avoiding the expenses and risks of further litigation.

7. This Stipulation of Settlement shall be binding upon and inure to the benefit of the parties hereto and their respective successors and assigns.

8. The parties agree that this Stipulation of Settlement will not be used, either directly or in substance, in any pending or future civil or administrative action against the United States or any other agency or instrumentality of the United States.

9. Execution of this Stipulation of Settlement by plaintiff, plaintiff's counsel, and counsel for the defendant, shall constitute a dismissal of this action with prejudice, effective upon execution by the Court, pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

Respectfully submitted,

_____
BRADLEY L. LOWE
*Plaintiff*

_____
JEFFREY A. TAYLOR, #498610
United States Attorney

_____
DAVID P. SHELDON,
The Law Offices of David P. Sheldon, PLLC
512 8th St., S.E.
Washington, D.C. 20003
202-546-9575

*Counsel for Plaintiff*

_____
RUDOLPH CONTRERAS, # 434122
Assistant United States Attorney

_____
RAYMOND J. TONEY
The Law Office of Raymond J. Toney
34-16 3th Ave., 3rd Floor
Astoria, NY 11103
Tel: 718-726-3656

_____
CHARLOTTE A. ABEL #388582
Assistant United States Attorney
Judiciary Center Building, 10th Floor
555 Fourth Street, N.W.
Washington, D.C. 20001
(202) 307-2332
*Counsel for Defendant*

SO ORDERED ON _____, 2008

_____
United States District Judge

3